**Rika Fristda SIRINGO RINGO, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–72159.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Aug. 31, 2009.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Kathleen S. Koh, Law Offices of Kathleen S. Koh, Alhambra, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Se-

curity, San Francisco, CA, John P. Devaney, Esq., M. Jocelyn Wright, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Rika Fristda Siringo Ringo, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *INS v. Elias–Zacarias,* 502 U.S. 478, 481 n. 1, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992), and we deny the petition for review.

The agency denied Siringo Ringo's asylum claim as time-barred. Siringo Ringo does not challenge this finding in her opening brief.

Substantial evidence supports the BIA's finding that Siringo Ringo's experiences in Indonesia did not rise to the level of persecution. *See Nagoulko v. INS,* 333 F.3d 1012, 1016–17 (9th Cir. 2003). In addition, substantial evidence supports the BIA's conclusion that as even a member of a disfavored group, Siringo Ringo failed to establish a clear probability of persecution because she did not demonstrate sufficient individualized risk. *See Hoxha v. Ashcroft,* 319 F.3d 1179, 1185

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(9th Cir.2003). Lastly, the record does not compel the conclusion that Siringo Ringo established a pattern or practice of persecution against Christians in Indonesia. *See Lolong v. Gonzales*, 484 F.3d 1173, 1180–81 (9th Cir.2007) (en banc). Accordingly, Siringo Ringo's withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.